171 A.3d 615

**HOLLOWAY, Christopher A.**

v.

**STATE of Maryland**

**Pet. Docket No. 265, Sept. Term, 2017**

Court of Appeals of Maryland.

October 20, 2017

Opinion of the Court of Special Appeals unreported (No. 884, Sept. Term, 2016).

Petition for writ of certiorari denied.

171 A.3d 615

**HUNTER, David**

v.

**STATE of Maryland**

**Pet. Docket No. 224, Sept. Term, 2017**

Court of Appeals of Maryland.

October 20, 2017

Opinion of the Court of Special Appeals unreported (Nos. 1634 & 2516, Sept. Term, 2015).

Petition for writ of certiorari and conditional cross-petition both denied.